1

2

3

4

5

6

7

8                    United States District Court

9                    Eastern District of California

10   David Kane Lopez,

11            Plaintiff,              No. Civ. S-03-0616 FCD PAN P

12       vs.                         Order

13   M. Buatista, et al.,

14            Defendants.

15                             o0o

16       Plaintiff is a state prisoner pursuing this civil rights

17   action without counsel and in forma pauperis.

18       January 27, 2005, I directed the United States Marshal to

19   serve process upon defendant M. Buatista.  February 18, 2005, the

20   Marshal returned service unexecuted because M. Buatista is

21   deceased.  I hereby accept this as a suggestion of M. Buatista's

22   death upon the record.  See Fed. R. Civ. P. 25.

23       Accordingly, the Clerk of the Court shall serve on plaintiff

24   a copy of the USM-285 form returned by the United States Marshal

25   February 18, 2005, with this order.  Service of this order and

26   the returned form USM-285 shall commence the 90-day period for

                                  1

filing the motion required by Federal Rule of Civil Procedure 25(a)(1).

So ordered.

Dated:  January 5, 2006.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge