IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KANE LOPEZ,

    Plaintiff,                    No. CIV 03-0616 FCD PAN P

    vs.

M. BAUTISTA, et al.,

    Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

        A suggestion of death upon the record reporting the death of defendant Bautista was filed on January 6, 2006. Pursuant to Federal Rule of Civil Procedure 25, a motion for substitution of a proper party must be made no later than 90 days after the death is suggested upon the record. That time period has expired, and no motion for substitution has been filed.

        Accordingly, IT IS HEREBY RECOMMENDED that defendant M. Bautista be dismissed from this action.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after service of these findings and recommendations, written objections may be filed with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1

1 Recommendations." Failure to file objections within the specified time may waive the right to
2 appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3 DATED: April 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\lope0616.deathfr