IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KANE LOPEZ,

        Plaintiff,                        No. CIV S-03-0616 FCD PAN P

    vs.

M. BAUTISTA, et al.,

        Defendants.                ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 21, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 21, 2006, are adopted in full; and

2. Defendant Prieto's February 17, 2006, motion for summary judgment is granted and judgment should be entered in his favor;

3. Defendant Powell's February 17, 2006, motion for summary judgment is denied.  Plaintiff has 30 days from the date of this order to file and serve a pretrial statement and any motions necessary to compel attendance of incarcerated witnesses pursuant to the order filed August 25, 2005.  Defendant Powell has 20 days from the date plaintiff files his pretrial statement to file and serve a pretrial statement.

DATED: May 17, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge