IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KANE LOPEZ,

    Plaintiff,                    No. CIV S-03-0616 FCD PAN P

    vs.

M. BUATISTA, et al.,

    Defendants.               ORDER

_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 8, 2006, plaintiff filed a notice of appeal from this court's May 17, 2006 order granting summary judgment for defendant Prieto. Due to the pendency of plaintiff's appeal, and good cause appearing, IT IS HEREBY ORDERED that:

    1. The jury trial set for August 29, 2006 is vacated and will be reset, as appropriate, by subsequent order of court;

    2. The pretrial conference on the papers set for June 9, 2006 before the magistrate judge is vacated and will be reset, as appropriate, by subsequent order of court;

    3. This action is stayed and the Clerk of the Court is directed to administratively close this case until further order of court; and

/////

4. The parties are directed to inform the court in writing of the disposition of plaintiff's appeal not later than fifteen days after service of a dispositive order thereon by the United States Court of Appeals for the Ninth Circuit.

DATED:July 14, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

/lope0616.vac