IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KANE LOPEZ,

      Plaintiff,                            No. CIV S-03-0616 FCD EFB P

      vs.

M. BAUTISTA, et al.,

<u>FINDINGS AND RECOMMENDATIONS</u>

      Defendants.
                                 /

      Plaintiff is proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 10, 2009, the court issued an order lifting the July 14, 2006, stay imposed in this case. On June 24, 2009, that order as well as the June 11, 2009, order reassigning this case were returned by the postal service marked "Undeliverable, Inmate Paroled."

      A party appearing without counsel must keep the court and all parties apprised of his current address. L.R. 83-183(b). If mail directed to such a plaintiff is returned by the postal service and plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute. *Id*.

      More than 60 days have passed since the postal service returned the court's June 10 and 11, 2009, orders, and plaintiff has not notified the court of his current address.

////

1

1    Accordingly, it is hereby RECOMMENDED that this action be dismissed.  *See* Fed. R.
2 Civ. P. 41(b); Local Rule 11-110; Local Rule 83-183(b).
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after
5 being served with these findings and recommendations, any party may file written objections
6 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
7 to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
8 specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
9 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: September 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2